8

EDWARD FRANZEN, PLAINTIFF-PETITIONER, v. THE TOWNSHIP OF ELK, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Joseph Pierce Lodge* and *Mr. Frank M. Lario, Jr.* for the petitioner.

*Messrs. Falciani, Cotton & Chell* and *Messrs. Ware, Caulfield, Zamal & Cunard* for the respondents.

December 12, 1967. Denied.

JOSEPH M. D'IPPOLITO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOSEPH N. CASTORO, *ET AL.*, DEFENDANTS-RESPONDENT.

JOSEPH N. CASTORO, PLAINTIFF-RESPONDENT, v. JOSEPH M. D'IPPOLITO, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. William L. Boyan* for the petitioners.

*Messrs. Jamieson, Walsh, McCardell & Moore* for the respondents.

December 12, 1967. Granted.

MOREIRA CONSTRUCTION CO., INC., PLAINTIFF-PETITIONER, v. MORETRENCH CORP., DEFENDANT-RESPONDENT.

*Messrs. Pindar, McElroy, Connell & Foley* and *Mr. George J. Kenny* for the petitioner.

*Messrs. Schenck, Price, Smith & King* and *Mr. Clifford W. Starrett* for the respondent.

December 19, 1967. Granted.